**No. 53942.**—Fred L. Cole *v.* United States, petition 6737–R (Galveston).

Opinion by COLE, J. From the testimony it appeared that the advance in value and penalties incurred by the petitioner were brought about by an honest misunderstanding on his part. It was held that the entry of the merchandise at a less value than that found by the appraiser was without any intent to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.